UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JILL BROWN, Warden of California State Prison At San Quentin,<br><br>　　　　Respondent. | Case No. CV-F-95-5108 REC DP<br><br>DEATH PENALTY CASE<br><br>Order Granting Unopposed Application for Modification of Order Following Case Management Conference |

This Court, having considered the Joint Application for Modification of the Order Following Case Management Conference ("Order"), filed March 11, 2005, and good cause having been shown, hereby GRANTS the parties' Application, and orders that section II.B of the Order is modified to permit petitioner's counsel up to and including January 9, 2006, by which to file supplemental declarations and records with the Court. The time periods prescribed in the Order for the parties' completion of the remaining tasks in preparation for the evidentiary hearing shall be measured from the modified date for petitioner's filing of supplemental declarations and records: the Warden's counsel shall file any counter evidence and/or witness declarations on or before April 12, 2006; the parties shall file a joint pre-evidentiary statement, as specified in the

[PROPOSED] ORDER GRANTING UNOPPOSED APP. FOR
MOD. OF ORDER FOLLOWING CASE MANAGEMENT
CONF. - CV-F-95-5108 REC

PDF created with pdfFactory trial version www.pdffactory.com

Order, on or before June 12, 2006; and petitioner's counsel shall schedule a pre-evidentiary hearing case management conference on or about July 12, 2006.

    IT IS SO ORDERED.

DATED:_December 1, 2005          /s/ ROBERT E. COYLE
                                                   ROBERT E. COYLE
                                                   United States District Judge

Submitted by:

____/s/_____
GARY D. SOWARDS
Attorney for Petitioner

PDF created with pdfFactory trial version www.pdffactory.com