1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS,  )<br>           )<br>         Petitioner,  )<br>           )<br>     v.  )<br>           )<br>           )<br>JILL BROWN, Warden of California State  )<br>Prison At San Quentin,  )<br>           )<br>         Respondent.  )<br>           ) | Case No. CV-F-95-5108 REC<br><br>DEATH PENALTY CASE<br><br>Order Granting Second Unopposed Application for Modification of Order Following Case Management Conference |

This Court, having considered the Second Unopposed Application For Modification Of Order Following Case Management Conference ("Order"), filed March 11, 2005, and good cause having been shown, hereby GRANTS the Application, and orders that section II.B of the Order is modified to permit petitioner's counsel up to and including February 8, 2006, by which to file supplemental declarations and records with the Court.  The time periods prescribed in the Order for the parties' completion of the remaining tasks in preparation for the evidentiary hearing shall be measured from the modified date for petitioner's filing of supplemental declarations and records:  the Warden's counsel shall file any counter evidence and/or witness declarations on or before May 11, 2006; the parties shall file a joint pre-evidentiary statement, as specified in the

[PROPOSED] ORDER GRANTING SECOND UNOPPOSED APP. FOR
MOD. OF ORDER FOLLOWING CASE MANAGEMENT
CONF. - CV-F-95-5108 REC

PDF created with pdfFactory trial version www.pdffactory.com

Order, on or before July 10, 2006; and petitioner's counsel shall schedule a pre-evidentiary hearing case management conference on or about August 9, 2006.

IT IS SO ORDERED.

DATED:____December 6, 2005        /s/ ROBERT E. COYLE_____
                                  ROBERT E. COYLE
                                  United States District Judge

Submitted by:


  /s/ *Gary D. Sowards*
GARY D. SOWARDS
Attorney for Petitioner

[PROPOSED] ORDER GRANTING SECOND UNOPPOSED APP. FOR MOD. OF ORDER FOLLOWING CASE MANAGEMENT CONF. - CV-F-95-5108 REC

2

PDF created with pdfFactory trial version www.pdffactory.com