JEAN R. STERNBERG (State Bar #79353)
GARY D. SOWARDS (State Bar #69426)
HABEAS CORPUS RESOURCE CENTER
50 Fremont Street, Suite 1800
San Francisco, California  94105
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873

Attorneys for RONALD AVERY McPETERS

BILL LOCKYER, Attorney General of the State of California
ROBERT R. ANDERSON, Chief Assistant Attorney General
MARY JO GRAVES, Senior Assistant Attorney General
MICHAEL A. CANZONERI (State Bar No. 131649)
Supervising Deputy Attorney General
STAN CROSS (State Bar No. 122094)
Supervising Deputy Attorney General
1300 I Street
Sacramento, CA 94244
Telephone: (916) 324-5158
Facsimile: (916) 324-2960

Attorneys for Respondent STEVEN ORNOSKI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS,<br><br>                    Petitioner,<br><br>          v.<br><br>STEVEN ORNOSKI, Warden of California State Prison at San Quentin,<br><br>                    Respondent. | Case No.: CV-F-95-5108 REC<br><br>**DEATH PENALTY CASE**<br><br>JOINT STIPULATION AND ORDER MODIFYING ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

TO:     THE HONORABLE ROBERT E. COYLE, UNITED STATES DISTRICT JUDGE FOR THE

EASTERN DISTRICT OF CALIFORNIA:

   The parties, through counsel, have met and conferred, and agreed to a modification of the

current management order to require petitioner to file supplemental declarations and records by

**March 1, 2006**; require the Warden's counsel to identify additional witnesses and file counter evidence and/or witness declarations by **June 1, 2006;** the parties to draft a joint pre-evidentiary hearing statement, consistent with Local Rule 16-281 (and including in limine objections and motions) by **July 31, 2006;** and petitioner's counsel to set a pre-evidentiary hearing case management conference on or about **August 30, 2006**.

      Respondent's counsel has further authorized petitioner's counsel to inform the Court of this joint stipulation.

DATED: February 3, 2006                        Respectfully submitted,

                                                   GARY D. SOWARDS
                                                   JEAN R. STERNBERG
                                                   HABEAS CORPUS RESOURCE CENTER

                                                   _____
                                                 By: Gary D. Sowards
                                                 Attorneys for Petitioner Ronald McPeters

## ORDER

      Pursuant to the parties' stipulation it is hereby ordered that the parties shall adhere to the modifications to the Order Following Case Management Conference as set forth above.

IT IS SO ORDERED

DATED:  \_February 10, 2006_____     /s/ ROBERT E. COYLE_____
                                                            Honorable Robert E. Coyle
                                                            United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com