1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  MARY JO GRAVES
   Senior Assistant Attorney General
4  MICHAEL A. CANZONERI
   Supervising Deputy Attorney General
5  STAN CROSS, State Bar No. 122094
   Supervising Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5158
8   Fax: (916) 324-2960
    Email: Stanley.Cross@doj.ca.gov
9
   Attorneys for Respondent
10

11              IN THE UNITED STATES DISTRICT COURT
12            FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15  **RONALD AVERY McPETERS,**                    CV F-95-5108 AWI

16                              Petitioner,       **JOINT STIPULATION AND
                                                  ORDER MODIFYING ORDER
17             v.                                 FOLLOWING CASE
                                                  MANAGEMENT
18  **STEVEN ORNOSKI, Warden of California State  CONFERENCE**
    Prison at San Quentin,**
19
                                Respondent.
20

21         TO: THE HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT JUDGE

22  FOR THE EASTERN DISTRICT OF CALIFORNIA:

23         The parties, through counsel, have met and conferred, and agreed to a modification of the

24  current management order to require the Warden's counsel to identify additional witnesses and file

25  counter evidence and/or witness declarations by September 29, 2006; the parties to draft a joint pre-

26  evidentiary hearing statement, consistent with Local Rule 16-281 (and including in limine objections

27  and motions) by December 1, 2006; and petitioner's counsel to set a pre-evidentiary hearing case

28  management conference on or about January 10, 2007.

1    Petitioner's counsel has further authorized Respondent's counsel to inform the Court of this

2  joint stipulation.

3    Dated:  May 31, 2006

4    Respectfully submitted,

5    BILL LOCKYER
     Attorney General of the State of California

6    ROBERT R. ANDERSON
     Chief Assistant Attorney General

7
     MARY JO GRAVES
8    Senior Assistant Attorney General

     MICHAEL A. CANZONERI
9    Supervising Deputy Attorney General

10

11
     /S/ STAN CROSS
12   STAN CROSS
     Supervising Deputy Attorney General
13   Attorneys for Respondent

14
   SC:lbj
15   95dp5108.StipOModCMCSch.wpd
     SA1995XW0001
16

17    **ORDER**

18    Pursuant to the parties' stipulation it is hereby ordered that the parties shall adhere to the

19  modifications to the Order Following Case Management Conference as set forth above.

20    IT IS SO ORDERED

21

22  DATED:  ___June 14, 2006___    ___/s/ Anthony W. Ishii___
                                   Anthony W. Ishii
23                                 United States District Judge

24

25

26

27

28

Joint Stipulation and Order Modifying Order Following Case Management Conference