1  BILL LOCKYER
   Attorney General of the State of California
2  MARY JO GRAVES
   Chief Assistant Attorney General
3  MICHAEL P. FARRELL
   Senior Assistant Attorney General
4  MICHAEL A. CANZONERI, State Bar No. 131649
   Supervising Deputy Attorney General
5  STAN CROSS, State Bar No. 122094
   Supervising Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-5514
8   Fax: (916) 324-2960
    Email: Stanley.Cross@doj.ca.gov
9
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD AVERY McPETERS,** | CV F-95-5108 AWI |
| Petitioner, | **JOINT STIPULATION AND ORDER MODIFYING CASE MANAGEMENT SCHEDULE** |
| v. | |
| **STEVEN ORNOSKI, Warden of California State Prison at San Quentin,** | |
| Respondent. | |

TO: THE HONORABLE ANTHONY W. ISHII, UNITED STATES DISTRICT JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA:

The parties, through counsel, have met and conferred, and agreed to a modification of the current management order to require the Warden's counsel to identify additional witnesses and file counter evidence and/or witness declarations by January 30, 2007; the parties to draft a joint pre-evidentiary hearing statement, consistent with Local Rule 16-281 (and including in limine objections and motions) by April 3, 2007; and petitioner's counsel to set a pre-evidentiary hearing case management conference on or about May 10, 2007.

Petitioner's counsel has further authorized Respondent's counsel to inform the Court of this joint stipulation.

Dated: November 29, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

MARY JO GRAVES
Chief Assistant Attorney General

MICHAEL P. FARRELL
Senior Assistant Attorney General

MICHAEL A. CANZONERI
Supervising Deputy Attorney General


/s/ Stan Cross
STAN CROSS
Supervising Deputy Attorney General
Attorneys for Respondent


**ORDER**

Pursuant to the parties' stipulation it is hereby ordered that the parties shall adhere to the modifications to the Order Following Case Management Conference as set forth above.

IT IS SO ORDERED


DATED: December 4. 2006                     /s/ Anthony W. Ishii
                                           Anthony W. Ishii
                                           United States District Judge