IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD AVERY McPETERS,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**STEVEN ORNOSKI, Warden of California State Prison at San Quentin,**<br><br>                                    Respondent. | CV F-95-5108 AWI<br><br>**CAPITAL CASE**<br><br>**JOINT STIPULATION AND ORDER MODIFYING ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

   On January 30, 2007, the parties filed the following stipulation:

   The parties, through counsel, have met and conferred, and agreed to a modification of the current management order to require the Warden's counsel to identify additional witnesses and file counter evidence and/or witness declarations by February 15, 2007; the parties to draft a joint pre-evidentiary hearing statement, consistent with Local Rule 16-281 (and including in limine objections and motions) by April 17, 2007; and petitioner's counsel to set a pre-evidentiary hearing case management conference on or about May 24, 2007.

   Petitioner's counsel has further authorized Respondent's counsel to inform the Court of this joint stipulation.

   Dated:  January 30, 2007

1

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

MARY JO GRAVES
Chief Assistant Attorney General

MICHAEL P. FARRELL
Senior Assistant Attorney General

MICHAEL A. CANZONERI
Supervising Deputy Attorney General

/s/ Stan Cross
STAN CROSS
Supervising Deputy Attorney General
Attorneys for Respondent

SC:lbj
95cv5108.stipo.modifying dates in dp case.wpd
SA1995XW0001

## ORDER

Accordingly, IT IS HEREBY ORDERED that pursuant to the parties' stipulation, the parties shall adhere to the modifications to the Order Following Case Management Conference as set forth above.

IT IS SO ORDERED.

**Dated:   February 2, 2007**              /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE