UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS,<br><br>             Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., as Warden<br>of San Quentin State Prison,<br><br>             Respondent. | Case No. 1:95-CV-05108-LJO<br><br>DEATH PENALTY CASE<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>DATE: March 29, 2007<br>TIME: 8:30 a.m.<br>COURTROOM FOUR |

This matter came on for hearing March 29, 2007 at 8:30 a.m in the above-entitled Court, the Honorable Lawrence J. O'Neill, presiding. Petitioner Ronald Avery McPeters ("McPeters") was represented by his attorneys of record at the California Habeas Corpus Resource Center, Jean R. Sternberg and Gary D. Sowards. Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden") was represented by Deputy Attorney General Stan Cross. All counsel appeared telephonically.

Prior to the Status Conference, the Court considered the import of *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003) as applicable to McPeters. The Court has determined that McPeters' case presents a factual scenario indistinguishable from that in *Gates* such that further proceedings must be stayed due to McPeters' present incompetence. Evidence of McPeters' present incompetence has been supplied variously by a number of experts and mental health professionals, including Aubrey O. Dent, M.D., a staff psychiatrist at the California Medical Facility at Vacaville State Prison. Dr. Dent's last report was dated February 28, 2006, but the date of his last examination of McPeters is unclear. All counsel agree with the Court's determination that a stay under *Gates* is

1 appropriate. In addition, both parties believe that Dr. Dent is able to provide a fair assessment of
2 McPeters' current mental status as well as his prognosis.

3 　　　In light of McPeters' mental state deterioration and the parties' agreement about his mental state
4 deterioration, the Court directs the parties to supply the Court with a current report from Dr. Dent
5 addressing McPeters' current mental status and prognosis. The report shall be filed with the Court
6 within 60 days from the filing of this order.

7 　　　Once the report is received and reviewed by the Court, the Court will issue a supplemental order
8 staying the proceedings under *Gates*, and determining a subsequent time for a status update.

10 　　　IT IS SO ORDERED.

12 Dated:   March 30, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
13 　　　　　　　　　　　　　　　　　　　　　　　　　　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge