UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS <br><br> Petitioner, <br><br> vs. <br><br> ROBERT L. AYERS, JR., as Warden of San Quentin State Prison, <br><br> Respondent. | Case No. 1:95-CV-05108-LJO <br><br> DEATH PENALTY CASE <br><br> ORDER RE: PROCESS FOR ASSESSING PETITIONER'S MENTAL STATUS (MODIFYING MARCH 30, 2007 ORDER FOLLOWING STATUS CONFERENCE) |

This matter is before the Court on the joint request of Respondent Robert L. Ayers, Jr., as Warden of San Quentin State Prison (the "Warden") and Petitioner Ronald Avery McPeters ("McPeters") to modify the Court's March 30, 2007 order directing the parties to supply a report from treating psychiatrist Aubrey O. Dent, M.D. concerning McPeters' current mental status and prognosis. Having met and conferred through counsel, the parties have agreed to the terms of a modified order whereby the Warden will provide a copy of McPeters' medical and psychiatric records to McPeters' counsel and to Dr. Dent, and McPeters thereafter will file a report from Dr. Dent addressing McPeters' current mental status and prognosis. The parties further have agreed that contemporaneous with the filing of Dr. Dent's report, McPeters will forward a copy of the report along with Mr. McPeters' medical and psychiatric records to Dr. Reese T. Jones, M.D., the mental health professional designated by the Warden. After an opportunity for review of these materials by Dr. Jones, the Warden may file with the Court, if necessary, an evaluation of Dr. Dent's report.

In light of the parties' agreement, and good case appearing therefor, the Warden is ordered to provide a copy of McPeters' medical records, inclusive of psychiatric records, for the period from

1 November 1, 2005, through the date of this order, to McPeters' counsel and to Dr. Aubrey Dent,
2 forthwith. Within 60 days from the filing of this order, McPeters is ordered to file a report prepared by
3 Dr. Dent addressing McPeters' current mental status and prognosis. Upon the filing of Dr. Dent's
4 updated report, McPeters is ordered to forward a copy of the report along with McPeters' above-
5 described medical and psychiatric records to Dr. Jones. Within 30 days of the receipt of Dr. Dent's
6 updated report and McPeters' records by Dr. Jones, the Warden may file with the Court, if necessary,
7 an evaluation of Dr. Dent's report.

10     IT IS SO ORDERED.

12 Dated:  April 20, 2007

                                             /s/ Lawrence J. O'Neill
                                               Lawrence J. O'Neill
                                         United States District Judge