GARY D. SOWARDS (State Bar # 69426)
JEAN R. STERNBERG (State Bar # 79353)
SAMIRA SADEGHI (State Bar # 184014)
MARGO HUNTER (State Bar # 184157)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California  94107
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873

Attorneys for Petitioner RONALD AVERY McPETERS

EDMUND G. BROWN JR., Attorney General of the State of California
MARY JO GRAVES, Chief Assistant Attorney General
MICHAEL P. FARRELL, Senior Assistant Attorney General
STAN CROSS (State Bar # 122094)
Supervising Deputy Attorney General
MICHAEL A. CANZONERI (State Bar # 131649)
Supervising Deputy Attorney General
1300 I Street
Sacramento, CA 94244
Telephone: (916) 324-5158
Facsimile: (916) 324-2960

Attorneys for Respondent ROBERT L. AYERS, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS,<br><br>        Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden of<br>California State Prison at San Quentin,<br><br>       Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:95-CV-05108 LJO<br><br>**DEATH PENALTY CASE**<br><br>JOINT STIPULATION AND<br>SUPPLEMENTAL ORDER RE:<br>PETITIONER'S MENTAL<br>INCOMPETENCE |

TO:     THE HONORABLE LAWRENCE J. O'NEILL, UNITED STATES DISTRICT JUDGE FOR

THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to the Court's Order Following Status Conference, filed March 30, 2007, and the

1

1 Court's Order re:  Process for Assessing Petitioner's Mental Status (Modifying March 30, 2007 Order

2 Following Status Conference), filed April 22, 2007; and in light of the report prepared by Dr. Aubrey

3 Dent on June 21, 2007 and the evaluation of Dr. Dent's report prepared Dr. Reese T. Jones on July 30,

4 2007, the parties, through counsel, have met and conferred, and confirmed their agreement with the

5 Court's determination that a stay of the proceedings under *Rohan ex rel. Gates v. Woodford*, 334 F.3d

6 803 (9th Cir. 2003), is appropriate due to Mr. McPeters's present incompetence.

7 The parties, through counsel, further agreed that the stay should remain in effect until Mr.

8 McPeters is restored to competency, and that petitioner's counsel shall apprise the Court annually and

9 respondent, on or before the anniversary of the filing of the Court's order staying proceedings,

10 whether there has been a material change in petitioner's mental condition.

11 The parties, through counsel, further agreed that the Warden shall provide a copy of Mr.

12 McPeters's medical records, inclusive of psychiatric records, to counsel for the parties, as requested

13 by petitioner's counsel, for the preparation of the annual status report.

14 The parties, through counsel, further agree that at any time the stay is vacated and litigation of

15 Mr. McPeters's habeas corpus proceedings resumes, any declaration that was previously filed in state

16 or federal court, and executed by a mental health expert who is no longer available to testify, may be

17 admitted as the witness's direct testimony in an evidentiary hearing on Mr. McPeters's habeas corpus

18 claims.

19

20 DATED: August 31, 2007                     Respectfully submitted,

21                                            GARY D. SOWARDS
                                             JEAN R. STERNBERG
22                                            SAMIRA SADEGHI
                                             MARGO HUNTER
23                                            HABEAS CORPUS RESOURCE CENTER

24

25

26                                            _____/S/_____
                                             By: Jean R. Sternberg
27                                            Attorneys for Petitioner Ronald McPeters

28   2

EDMUND G. BROWN, JR.
Attorney General, State of California
MARY JO GRAVES
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STAN CROSS
Supervising Deputy Attorney General
MICHAEL A. CANZONERI
Supervising Deputy Attorney General


_____/S/_____
By: Michael A. Canzoneri
Attorneys for Respondent Robert L. Ayers, Jr.


**ORDER**

Pursuant to the parties' stipulation, and based upon the evidence of petitioner's incompetence supplied variously by a number of experts and mental health professionals, including Aubrey O. Dent, M.D., a staff psychiatrist at the California Medical Facility at Vacaville State Prison, and Reese T. Jones, M.D., the mental health professional designated by the Warden, and good cause appearing therefore, it is hereby ordered that the proceedings are stayed pursuant to *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803 (9th Cir. 2003), due to Mr. McPeters's present incompetence.

The stay shall remain in effect until Mr. McPeters is restored to competence.  While this stay remains in effect, and on or before the anniversary of the filing of this order, petitioner's counsel shall annually apprise the Court and respondent whether there has been a material change in petitioner's mental condition.

The Warden is ordered to provide a copy of Mr. McPeters's medical records, inclusive of psychiatric records, to counsel for the parties, as requested by petitioner's counsel, for the preparation of the annual status report.

In the event the stay is vacated, and litigation of the habeas corpus proceedings resumes, any declaration that was previously filed in state or federal court, and executed by a mental health expert

3

who is no longer available to testify, may be admitted as the witness's direct testimony in an evidentiary hearing on Mr. McPeters's habeas corpus claims.

IT IS SO ORDERED.

DATED:   September 17, 2007                           /s/ Lawrence J. O'Neill

Lawrence J. O'Neill
United States District Judge

4