1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  EASTERN DISTRICT OF CALIFORNIA

8   RONALD AVERY McPETERS              )    Case No. 1:95-cv-5108 LJO
                                       )
9                  Petitioner,         )    DEATH PENALTY CASE
                                       )
          vs.                          )
10                                     )    ORDER DIRECTING PARTIES TO
    KEVIN CHAPPELL, as Acting Warden of )   APPEAR FOR A STATUS
11  San Quentin State Prison,          )    CONFERENCE RE: SETTLEMENT
                                       )
12                 Respondent.         )    DATE: April 15, 2013
    _____ )    TIME: 2:00 pm
13                                          Courtroom 4

14

15        This matter is before the Court following the response of Supervising Attorney General

16  Ward Campbell to the January 29, 2013 directive for the Warden's counsel to meet and confer

17  with the Fresno County District Attorney concerning resolution of this case.

18        In his response, Mr. Campbell notes that the District Attorney has no authority to settle

19  federal habeas proceedings pending before the District Court and the Office of the Attorney

20  General has no authority to settle any matter that would modify a state court judgment in the

21  absence of a miscarriage of justice.  Mr. Campbell nonetheless notes that the Attorney General

22  remains committed to exploring the possibility of settlement.

23        So that the Court and all interested parties are aware of the direction this exploration is

24  taking, the Court has scheduled a status conference.  Attorneys of record for both parties should

25  attend in person.  The Fresno County District Attorney also is encouraged to attend, as some

26  options for resolution will have an impact on the County.

27

28

O4StatConf.McP.wpd

The real issues to be addressed deal with the intersection of due process compliance with the law by all involved and trying the end the futile but factual bleeding of taxpayer money at a time when resources are simply not available except for the most necessary reasons.

IT IS SO ORDERED.

Dated:   March 1, 2013

___/s/ Lawrence J. O'Neill___
Lawrence J. O'Neill
United States District Judge