IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD AVERY McPETERS,** | Case No. 95-CV-5108 LJO-SAB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | **ORDER CONTINUING TELEPHONIC HEARING** |
| **KEVIN CHAPPELL,,** Warden of California State Prison at San Quentin, | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent's motion to continue the telephonic evidentiary hearing scheduling conference is GRANTED.

IT IS HEREBY ORDERED that the telephonic evidentiary hearing scheduling conference is continued from June 23, 2014, to August 4, 2014 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   **June 17, 2014**

UNITED STATES MAGISTRATE JUDGE