# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS, | Case No. 1:95-cv-5108-LJO-SAB |
| PETITIONER, | ORDER AFTER HEARING |
| v. | |
| KEVIN CHAPPELL, Warden of California State Prison at San Quentin, | |
| Respondent. | |

A telephonic conference was held on August 4, 2104 in this action to set an evidentiary hearing as discussed in this Court's order filed June 16, 2014. Counsel Gary D. Sowards and Margo Hunter appeared for Petitioner and Counsel Jennevee Han De Guzman and Ward Campbell appeared for Respondent.

In the joint statement filed prior to the hearing, Petitioner contended that a motion for summary judgment should be filed to address Claims 21 and 22, alleging a violation of substantive due process based upon Petitioner's incompetence and defense counsel's failure to request a competency hearing. During the August 4, 2014 hearing, the parties were ordered to file supplemental briefing to further develop whether a motion for summary judgment should be filed in the action.

Additionally, due to the briefing ordered and the pending evidentiary hearing a budget

1

amendment is necessary. This case is currently in Phase IV and Petitioner's counsel will need to submit a revised Phase IV budget to include time and expenses associated with preparing for and conducting the evidentiary hearing. This will be Phase IV-A of the litigation. Phase IV-B will include time and expenses for preparing Petitioner's final brief and any post-judgement briefs. Petitioner is to submit a proposed Phase IV budget and application which shall address the hours and expense applicable to both Phase IV-A and Phase IV-B.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file supplemental briefing on whether the Court should grant Petitioner's request to file a motion for summary judgment on Claims 21 and 22 as follows:
    a. Petitioner's supplemental brief shall be filed on or before **September 9, 2014**; and
    b. Respondent's supplemental response shall be filed on or before **October 9, 2014**.
2. On or before **September 19, 2014**, Petitioner shall file an amended budget request under seal to address the hours and expenses previously expended in Phase IV, time and expenses associated with filing the supplemental briefing, and time and expenses associated with preparing for and conducting the evidentiary hearing, as well as the budget requested to complete Phase IV. An ex-parte hearing on Petitioner's amended Phase IV budget shall only be set if the Court determines, after reviewing the application, that such a hearing is necessary.
3. The proposed budget and budget application shall be filed under seal and sent to ApprovedSealed@caed.uscourts.gov for filing. This order will constitute the sealing order pursuant to Local Rule 141 for that application and counsel shall reference this order in the email along with the application for proposed budget.
4. An evidentiary hearing is set for **June 2, 2015**, at 9:00 a.m. in Courtroom 9 before the undersigned; and

///
///
///

5. An order addressing the evidentiary hearing shall issue as the hearing date approaches.

IT IS SO ORDERED.

Dated: **August 4, 2014**

UNITED STATES MAGISTRATE JUDGE