1

2

3

4

5

6

7

8

9

10

11

12

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS, | Case No.  1:95-cv-05108-LJO-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | ORDER CONTINUING EVIDENTIARY HEARING AND MODIFYING SCHEDULE FOR PRE-HEARING EVENTS |
| KEVIN CHAPPELL, Warden of San Quentin California State Prison, | |
| Respondent. | Continued Hearing: |
| | Date: September 10, 2015 |
| | Time: 9:00 a.m. |
| | Courtroom: 9 |
| | Judge: Stanley A. Boone |

This matter is before the Court on the parties' February 20, 2015 joint request to modify the Court's January 16, 2015 order which set a continued evidentiary hearing date of June 9, 2015 and provided direction and scheduling for pre-hearing events.

1

For good cause shown, it is HEREBY ORDERED that:

1.  The Court's January 16, 2015 order (ECF No. 292) is modified as follows:

    a.  The evidentiary hearing set for June 9, 2015 at 9:00 a.m. in Department 9 is continued to September 10, 2015 at 9:00 a.m. in Department 9;

    b.  The deadline for the parties to provide Rule 26(a)(2) expert testimony and reports, and lay witness lists, and to request Petitioner's attendance at hearing is continued from February 27, 2015 to May 28, 2015;

    c.  The deadline for disclosure of rebuttal expert witness testimony and related reports, and filing of discovery motions is continued from April 24, 2015 to July 23, 2015;

    d.  The deadline for the parties to serve the final witness and exhibit lists pursuant to Rule 26(a)(3), and to file copies of exhibits not previously filed in this matter is continued from May 22, 2015 to August 21, 2015;

    e.  The deadline for the parties to deliver exhibit binders is continued from May 29, 2015 to August 28, 2015; and

    f.  The deadline for filing in limine motions, supplemental joint pre-hearing statement and proposed findings of fact and conclusions of law is continued from June 2, 2015 to September 3, 2015.

2.  In all other regards the January 16, 2015 order shall continue in full force and effect.

2

3.   The parties shall, by not later than **May 15, 2015**, file in this proceeding a joint status report regarding the anticipated state habeas petition (competency to be executed) referenced in their February 20, 2015 joint request (ECF No. 293), including concurrence(s) therein and stipulation(s) thereunder.

IT IS SO ORDERED.

Dated:    **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE

3