# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS,<br><br>        Petitioner,<br><br>   v.<br><br>KEVIN CHAPPELL, Warden of San Quentin California State Prison,<br><br>        Respondent. | Case No.  1:95-cv-05108-LJO-SAB<br><br><u>DEATH PENALTY CASE</u><br><br>ORDER GRANTING JOINT REQUEST TO MODIFY ORDER CONTINUING EVIDENTIARY HEARING AND MODIFYING SCHEDULE FOR PRE-HEARING EVENTS<br><br>(ECF No. 295) |

Before the Court is the parties' April 30, 2015 joint request (ECF No. 295) to modify the February 24, 2015 order continuing evidentiary hearing and modifying schedule for pre-hearing events (ECF No. 294), to extend (i) the deadline for the filing of Petitioner's state habeas corpus petition (competency to be executed), and the parties' related joint status report, from the current May 15, 2015 to May 29, 2015; and (ii) the deadline for the parties to provide Rule 26(a)(2) expert testimony and reports, and lay witness lists, and to request Petitioner's attendance at the evidentiary hearing, from the current May 28, 2015 to June 26, 2015.

The parties state the extension is necessary to allow Respondent's medical expert, who is out of the country until May 7, 2015, time to evaluate Petitioner and thereafter prepare his report, and for the parties to review that report and thereafter incorporate it as necessary within the events for which the instant extension is sought.

For good cause shown, it is HEREBY ORDERED that:

1. The Court's February 24, 2015 order continuing evidentiary hearing and modifying schedule for pre-hearing events (ECF No. 294) is modified as follows

    a. The deadline for the filing of Petitioner's state habeas corpus petition (competency to be executed), and the parties' related joint status report, including concurrence(s) therein and stipulation(s) thereunder, is continued from the current May 15, 2015 to May 29, 2015, and

    b. The deadline for the parties to provide Rule 26(a)(2) expert testimony and reports, and lay witness lists, and to request Petitioner's attendance at the evidentiary hearing, is continued from the current May 28, 2015 to June 26, 2015.

2. In all other regards the February 24, 2015 order shall continue in full force and effect.

IT IS SO ORDERED.

Dated: **May 4, 2015**

UNITED STATES MAGISTRATE JUDGE

2