# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS,<br><br>Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL, Warden of California State Prison at San Quentin,<br><br>Respondent. | Case No. 1:95-cv-05108-LJO-SAB<br><br>DEATH PENALTY CASE<br><br>ORDER CORRECTING ERRATUM<br><br>(ECF No. 301) |

The Court's June 11, 2015 order continuing evidentiary hearing, modifying schedule of prehearing events and directing filing of status reports, incorrectly captioned July 21, 2016 as the continued evidentiary hearing date. The correct continued evidentiary hearing date is June 21, 2016. The June 11, 2015 order (ECF No. 301), corrected as above, continues in full effect.

IT IS SO ORDERED.

Dated:  **June 15, 2015**

_____
UNITED STATES MAGISTRATE JUDGE