GARY D. SOWARDS (State Bar No. 69426)
MARGO HUNTER (State Bar No. 184157)
HABEAS CORPUS RESOURCE CENTER
303 Second Street, Suite 400 South
San Francisco, California 94107
Telephone: (415) 348-3800
Facsimile:  (415) 348-3873
Email:    gsowards@hcrc.ca.gov
          mhunter@hcrc.ca.gov
          docketing@hcrc.ca.gov

Attorneys for Petitioner, Ronald Avery McPeters


KAMALA HARRIS
Attorney General of the State of California
RONALD S. MATTHIAS
Senior Assistant Attorney General
KENNETH N. SOKOLER
Supervising Deputy Attorney General
TAMI M. KRENZIN
Deputy Attorney General
1300 I Street, Suite 125
Post Office Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 445-2394
Facsimile: (916) 324-2960
Email: tami.krenzin@doj.ca.gov

Attorneys for Respondent, Ron Davis

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS, | Case No.  1:95-cv-05108 LJO-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | JOINT STATUS REPORT |
| RON DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

Pursuant to the Court's Order (1) Continuing Evidentiary Hearing, (2) Modifying Schedule for Pre-hearing Events, and (3) Directing Parties to File Status Reports (ECF. No. 301, filed 6/11/15), the parties, through respective counsel, after meeting and conferring, hereby submit a status report

1  regarding "any developments in the state habeas proceeding." ECF No. 301 at 2.

2      On September 21, 2015, respondent filed an Informal Response to Second Petition for Writ of Habeas Corpus. With respect to Claim One, respondent stated that Petitioner has stated a prima facie case that he is, and will always be, incompetent to be executed and that there is no need for an evidentiary hearing because respondent has no evidence contradicting Petitioner's showing. Respondent therefore requested that the California Supreme Court issue an order to show cause and determine Petitioner's entitlement to relief pursuant to *Ford v. Wainwright*, 477 U.S. 399 (1986), and the record before it. With respect to Claims Two and Three, the false evidence claims, respondent asserted that the claims are procedurally barred and meritless.

    Pursuant to the California Supreme Court's letter requesting an Informal Response and Code of Civil Procedure 1013, Petitioner's Reply to the Informal Response is currently due on October 26, 2015.

Dated: October 1, 2015

| Respectfully submitted, | HABEAS CORPUS RESOURCE CENTER<br>GARY D. SOWARDS<br>MARGO HUNTER |
|---|---|
| By: | */S/ Gary D. Sowards*<br>GARY D. SOWARDS<br>Attorney for Petitioner Ronald A. McPeters |
| | KAMALA HARRIS,<br>Attorney General of the State of California<br>RONALD S. MATTHIAS<br>Senior Assistant Attorney General<br>KENNETH N. SOKOLER<br>Supervising Deputy Attorney General<br>TAMI M. KRENZIN,<br>Deputy Attorney General |
| By: | */S/ Tami M. Krenzin*<br>TAMI M. KRENZIN<br>Attorneys for Respondent, Ron Davis |