1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AVERY McPETERS, | Case No.  1:95-CV-05108 DAD-SAB |
| Petitioner, | DEATH PENALTY CASE |
| v. | [PROPOSED] ORDER GRANTING JOINT REQUEST TO VACATE EVIDENTIARY HEARING SCHEDULE PENDING DISPOSITION OF STATE PETITION |
| RON DAVIS, Warden of California State Prison at San Quentin, | |
| Respondent. | |

Before the Court is the parties' March 11, 2016 joint request to vacate the evidentiary hearing schedule set forth in the June 11, 2015 order continuing evidentiary hearing, modifying schedule for pre-hearing events, and directing parties to file status reports (ECF No. 301), pending final disposition of the pending state petition for writ of habeas corpus by the California Supreme Court; to direct the petitioner to file a notice and status report of any decision by the California Supreme Court within fifteen (15) days of issuance; and to require that counsel for Petitioner file status reports, apprising this Court of any other developments in the state habeas proceedings.

The Court has reviewed the joint statement and its attachments and the record in this matter. The parties aver that it is in the interests of judicial economy and efficient use of resources to vacate the June 21, 2016 evidentiary hearing date, and attendant schedule for prehearing events, pending the resolution of Petitioner's state habeas corpus petition by the California Supreme Court.

For good cause shown, it is HEREBY ORDERED that:

1. The evidentiary hearing schedule set forth in the Court's June 11, 2015 order continuing evidentiary hearing, modifying schedule for pre-hearing events, and directing parties to file status reports (ECF No. 301) is vacated, pending final disposition of the pending state petition for writ of habeas corpus by the California Supreme Court.

2. Petitioner is directed to file a notice and status report of any decision by the California Supreme Court within fifteen (15) days of issuance.

3. Counsel for Petitioner shall file status reports, apprising this Court of any other developments in the state habeas proceedings.

IT IS SO ORDERED

Dated:_____          _____
                                      HON. STANLEY A. BOONE
                                      UNITED STATES MAGISTRATE JUDGE